### 16825.   PARHAM *v.* THE STATE.

LUKE, J.  The sole assignment of error is that the evidence did not authorize the conviction. The guilt of the accused was established positively by evidence for the State. It was not error to overrule his motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 15, 1925.

Conviction of selling liquor; from city court of Macon—Judge Jordan.   July 25, 1925.

*W. O. Cooper Jr.,* for plaintiff in error.